## Intended Notice Recipients – Method of Notice

District/Off: 0860–2　　　User: denise　　　Date Created: 6/16/2008
Case: 2:06–ap–01119　　　Form ID: pdfwotrm　　　Total: 4

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*

| | | |
|---|---|---|
| ust | U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov, Shari.Sherman@usdoj.gov |
| intp | Warren E. Dupwe | msdupwe@suddenlinkmail.com, wdupwe@ecf.epiqsystems.com |
| aty | Phyllis M. Jones | pmckenzie@lvfm.net |
| aty | T. David Carruth | dcarruth@centurytel.net |

TOTAL: 4